STATE OF NEW JERSEY v. JOHN GOODS.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIETTA RAGETTE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER N. CASLOW.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD MCCLAIN.

June 27, 1986.

Petition for certification granted, limited solely to this Court's direction that the trial court is to consider whether defendant's present parole status should affect the trial court's resentencing of defendant.

Jurisdiction is not retained.